FILED
CLERK
12:11 pm, Nov 18, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
SALVATORE GUADAGNA, individually and on behalf of all persons similarly situated,

                Plaintiff,

        -against-

HOWARD ZUCKER, as Commissioner of the New York State Department of Health,

                Defendant.
----------------------------------------------------------X

**MEMORANDUM OF DECISION & ORDER**
2:17-cv-03397 (ADS)(AKT)

**APPEARANCES:**

**New York Legal Assistance Group**
*Attorneys for the Plaintiff*
7 Hanover Square 18th Floor
New York, NY 10004
     By:    Benjamin Wait Taylor, Esq.,
              Elizabeth A. Jois, Esq.,
              Jane Greengold Stevens, Esq.,
              Julia Grossman Russell, Esq., Of Counsel.

**Office of the New York State Attorney General**
*Attorneys for the Defendant*
200 Old Country Road Suite 460
Mineola, NY 11501
     By:    Dorothy O. Nese, Esq., Deputy Assistant Attorney General.

**SPATT, District Judge**:

On August 8, 2019, the Court certified a class action pursuant to Federal Rule of Civil Procedure ("Rule") 23(b)(2).

On October 29, 2019, the Court entered an order approving the Plaintiff's proposed notice to class members pursuant to Rule 23(c)(2)(A). The Court stayed dissemination of notice pending the parties' agreement upon a revised class definition.

1

On November 15, 2019, the Plaintiff submitted a letter indicating that the parties agreed to the following revised class definition:

> All Medicaid recipients who were enrolled in the GuildNet managed long-term care plans in Suffolk, Nassau, or Westchester County as of March 1, 2017 and who suffered reductions in care without prior notice and opportunity to be heard when they transferred to new managed long-term care plans prior to October 2, 2017 as a result of GuildNet's closure in their counties of residence.

ECF 140.

Accordingly, the Court adopts the parties' proposed revised class definition and hereby orders the dissemination of the Plaintiff's proposed notice, ECF 129-1, to members of the revised class. The Defendant is directed to either mail the notice to the class or provide the Plaintiff with the names and mailing addresses of class members no later than seven days from the issuance of this order.

It is **SO ORDERED**:

Dated: Central Islip, New York

November 18, 2019

    __/s/ Arthur D. Spatt_____

ARTHUR D. SPATT

United States District Judge